# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ZAYO GROUP, LLC,**

      **Plaintiff,**

  v.                            Case No. 2:21-cv-5301
                                  JUDGE EDMUND A. SARGUS, JR.
                                  Magistrate Judge Kimberly A. Jolson

**OHIO DEPARTMENT**
**OF TRANSPORTATION,** *et al.*,
      **Defendants.**

## ORDER

This case is before the Court on Plaintiff's Motion for Preliminary Injunction (ECF No. 7) and Defendants' Motion to Dismiss (ECF No. 16). The Parties reported this case settled on February 12, 2022, and are working to finalize settlement papers. In light of the Parties' settlement reports, the Court **DENIES as moot** the pending motions (ECF Nos. 7, 16).

    IT IS SO ORDERED.

**8/24/2022**                                              **s/Edmund A. Sargus, Jr.**
**DATE**                                                   **EDMUND A. SARGUS, JR.**
                                                           **UNITED STATES DISTRICT JUDGE**